**IN the INTEREST OF: N.W.**

No. ED 104407

Missouri Court of Appeals, Eastern District, **DIVISION FIVE.**

Filed: April 11, 2017

Alan D. Arand, Charles A. Hurth III, Union, MO, for appellants.

Corie N. Geary, Laura Sexton, Union, MO, for respondent.

Jill E. Groff–Rosloniec, Union, MO, for Guardian Ad Litem.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

In this consolidated appeal, the father, Joseph Dillon Weatherby, and the mother, Krystal Hartman, challenge the termination of parental rights to their child, N.W., two years old at the time of judgment. Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).